# EXHIBIT B

8/2/24, 2:32 PM — caseSearch - TERRY BRADER AKA TERRY G. BRADER AND TERRY'S SEAWORTHY MARINE SUPPLY, LLC vs. AMERICAN EX…

Case 2:24-cv-00173 Document 1-2 Filed on 08/05/24 in TXSD Page 2 of 2

https://research.txcourts.gov/CourtRecordsSearch/ViewCasePrint/9088224d493d503ab600e43a7b45f874

## Case Information

### TERRY BRADER AKA TERRY G. BRADER AND TERRY'S SEAWORTHY MARINE SUPPLY, LLC vs. AMERICAN EXPRESS BANK

24-0118

**Location**
Aransas County - District Clerk

**Case Category**
Civil - Other Civil

**Case Type**
Other Civil

**Case Filed Date**
6/13/2024

**Judge**
Flanigan, Patrick L

## Parties [3]

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff | TERRY'S SEAWORTHY MARINE SUPPLY, LLC | | David L Cunningham |
| Plaintiff | TERRY G. BRADER | | David L Cunningham |
| Defendant | AMERICAN EXPRESS BANK | | LAKSHMI ACHARI |

## Events [7]

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 6/13/2024 | Filing | Petition | Service Request Form | 7702-008 Service Request Form-AENB.pdf |
| 6/13/2024 | Filing | Petition | Plaintiffs' Original Petition | 7702-008 Plaintiffs' Original Petition-AENB.pdf |
| 6/14/2024 | Filing | Amended Filing | Plaintiffs' Amended Original Petition | 7702-008 Plfs Amended Original Petition-AENB.pdf |
| 6/17/2024 | Filing | Request | Service Request | 7702-008 Service Request Form (Amended).pdf |
| 6/25/2024 | Filing | NO FEE DOCUMENTS | Return of Service | 7702-008 Return of Service-AENB.pdf |
| 7/12/2024 | Filing | Amended Filing | Plaintiffs' Second Amended Original Petition | 7702-008 2nd Amended Original Petition.pdf |
| 7/16/2024 | Filing | Appearance Of Counsel | Entry of Appearance | Entry of Appearance (Brader v AMEX 24-0118).pdf |

© 2024 Tyler Technologies, Inc. | All Rights Reserved
Version: 2024.6.0.385

