# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| TERRY BRADER AKA TERRY G. BRADER and TERRY'S SEAWORTHY MARINE SUPPLY, LLC, | § § § § | |
| | § | Case No. 24-cv-00173 |
| Plaintiffs, | § § | |
| v. | § § | ON REMOVAL FROM CAUSE NO. 24-0118 ARANSAS COUNTY, TEXAS |
| | § | |
| AMERICAN EXPRESS NATIONAL BANK, | § § | |
| | § | |
| Defendant. | | |

---

**LIST OF COUNSEL OF RECORD WITH CONTACT INFORMATION**

**COUNSEL FOR DEFENDANT AMERICAN EXPRESS NATIONAL BANK**

Lakshmi Achari
Texas Bar No. 24126364
S.D. TX Bar No. 3755869
Shook, Hardy & Bacon L.L.P.
600 Travis St., Suite 3400
Houston, TX 77002
Tel: (713) 227-8008
Fax: (713) 227-9508
Email: lachari@shb.com

**COUNSEL FOR PLAINTIFFS TERRY BRADER AKA TERRY G. BRADER and TERRY'S SEAWORTHY MARINE SUPPLY**

David L. Cunningham
State Bar No. 00787314
Hayden & Cunningham, PLLC
7750 Broadway
San Antonio, TX 78209
Telephone: (210) 826-7750
Facsimile: (210) 822-9016
dcunningham@7750law.com