# EXHIBIT D

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | |
|---|---|
| TERRY BRADER AKA TERRY G. BRADER and TERRY'S SEAWORTHY MARINE SUPPLY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN EXPRESS NATIONAL BANK, <br><br> Defendant. | § § § § § § § § § § § § § <br> Case No. 24-cv-00173 <br><br> ON REMOVAL FROM CAUSE NO. 24-0118 ARANSAS COUNTY, TEXAS |

## **INDEX**

| | |
|---|---|
| Main Document | Defendant American Express National Bank's Notice of Removal |
| Exhibit A | Plaintiff's Second Amended Petition, Amended Petition, Original Petition, and All Executed Process in the Case, including all Orders signed by the State Court judge |
| Exhibit B | Copy of the state court Docket Sheet/Record |
| Exhibit C | A list of all counsel of record, including addresses, telephone numbers, parties represented |
| Exhibit D | An index of matters being filed |